# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| NICK RUTKOWSKI, ET AL., <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> DST SYSTEMS, INC., <br><br> *Defendant-Appellant.* | Case Nos. 23-1709, et al. |

## APPELLANT DST SYSTEMS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND APPENDIX

Appellant DST Systems, Inc., by and through its undersigned counsel, hereby moves the Court, pursuant to Federal Rule of Appellate Procedure 27 and Eighth Circuit Rule 27A, for an extension of time of fourteen (14) days, up to and including June 20, 2023, to file its Brief and Appendix in this case. Appellees have consented to this request. In support of its unopposed motion, Appellant states as follows:

1. The parties to these appeals are currently engaged in settlement discussions that, if successful, could resolve these proceedings.

2. Appellant's Brief and Appendix in these consolidated appeals are due on June 6, 2023.

1

3. To allow the parties additional time to continue their discussions, Appellant requests an extension of time of fourteen (14) days, up to and including June 20, 2023, to prepare and file Appellant's Brief and Appendix.

4. Counsel for Appellees have consented to this request.

5. No prior motion requesting an extension of time to file Appellant's Brief and Appendix has been filed.

6. This motion is not being brought to hinder or delay these proceedings or for any other improper purpose.

WHEREFORE, Appellant respectfully requests an extension of time of fourteen (14) days, up to and including June 20, 2023, to file its Brief and Appendix in this case.

Respectfully submitted,

| | |
|---|---|
| LEWIS R. CLAYTON<br>JEFFREY J. RECHER<br>NINA M. KOVALENKO<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br>  1285 Avenue of the Americas<br>  New York, NY 10019<br>  (212) 373-3000<br>  lclayton@paulweiss.com | /s/ *Megan M. Egli*<br>ROBERT T. ADAMS<br>MEGAN M. EGLI<br>SHOOK, HARDY & BACON LLP<br>  2555 Grand Boulevard<br>  Kansas City, MO 64108<br>  (816) 474-6550<br>  rtadams@shb.com<br><br>*Counsel for Appellant DST Systems, Inc.* |

June 1, 2023

2

Appellate Case: 23-1716   Page: 2   Date Filed: 06/01/2023 Entry ID: 5283023

# CERTIFICATE OF COMPLIANCE WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Megan M. Egli, counsel for DST Systems, Inc., pursuant to Federal Rule of Appellate Procedure 32(g)(1), certify that the attached Motion of DST Systems, Inc. for Extension of Time to File Brief and Appendix is proportionately spaced, has a typeface of 14 points or more, was prepared using Microsoft Word, and contains 212 words. I further certify that the electronic version of this brief was automatically scanned for viruses and found to contain no known viruses.

/s/ *Megan M. Egli*
MEGAN M. EGLI

June 1, 2023

3

Appellate Case: 23-1716    Page: 3    Date Filed: 06/01/2023 Entry ID: 5283023

## **CERTIFICATE OF SERVICE**

I, Megan M. Egli, counsel for DST Systems, Inc., certify that, on June 1, 2023, a copy of the foregoing Appellant DST Systems, Inc.'s Motion for Extension of Time to File Brief and Appendix was filed with the Clerk through the Court's electronic filing system.

/s/ *Megan M. Egli*
MEGAN M. EGLI